N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV276-1-W
3:05CR97

| | |
|---|---|
| DEJUAN WALKER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed July 6, 2009.

Pursuant to Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a petitioner must sign his motion under the penalty of perjury. Petitioner did not sign his petition. This Court will allow Petitioner ten days in which to submit a signed copy of his Motion to Vacate.

**THEREFORE, IT IS HEREBY ORDERED that** Petitioner has ten days from the filing of this Order in which to submit a copy of his Motion to Vacate signed under the penalty of perjury. Petitioner is warned that failure to timely submit a signed copy will result in the immediate dismissal of his Motion to Vacate.

Signed: August 24, 2009

Frank D. Whitney
United States District Judge