# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dejuan Walker,

                Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:09CV276
                                             3:05CR97-2

USA,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2009 Order.

Signed: September 21, 2009

Frank G. Johns, Clerk
United States District Court